# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT ARTMAN,<br><br>Defendant. | Case Nos.:<br><br>2:15-cr-00174-KJD-PAL-5<br>2:18-cr-00022-KJD-PAL<br>2:18-cr-00023-KJD-PAL<br><br>**SEALED PROPOSED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>*** UNDER SEAL *** |

### ORDER

Based on the pending Application of the parties, and good cause appearing therefor, the terms of supervision previously imposed in defendant SCOTT ARTMAN's pretrial release are hereby modified to allow defendant ARTMAN to assist in criminal investigations at the direction of law enforcement agents in accordance with the terms of the parties' Plea Agreement. Defendant ARTMAN appears to be in substantial compliance with the current terms of supervision. The supervising Pretrial Services Officer does not object to the parties' requested modifications.

/ / /

**IT IS HEREBY ORDERED** that the following terms are added to the defendant's Conditions of Pretrial Release:

    a.    The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.

    b.    The defendant shall refrain from use of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner as part of medically appropriate treatment of an ongoing medical condition;

    c.    The defendant shall refrain from possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless (i) lawfully prescribed by a licensed medical practitioner as part of medically appropriate treatment of an ongoing medical condition or (ii) such possession serves a law enforcement purpose at the direction of the Federal Bureau of Investigation (FBI) case agent supervising the defendant's cooperation in a criminal investigation or other FBI Special Agent or Task Force Officer involved in the investigation;

    d.    The defendant shall not associate with or be in the presence of anyone using or possessing a narcotic drug or other controlled substances or alcohol unless such an association or presence serves a law enforcement purpose at the direction of the FBI case agent supervising the defendant's cooperation in a criminal investigation or other FBI Special Agent or Task Force Officer involved in the investigation;

  e. The defendant shall have no direct or indirect contact with victims, witnesses or co-defendants except in the presence of the defendant's counsel in this matter, unless such contact serves a law enforcement purpose at the direction of the FBI case agent supervising the defendant's cooperation in a criminal investigation or other FBI Special Agent or Task Force Officer involved in the investigation;

  f. Travel is restricted to Nevada unless pre-approved by Pretrial Services.

**IT IS FURTHER ORDERED** that the parties' petition and stipulation, together with the Court's Order in the above-captioned matter, shall be sealed until further Order of the Court.

**IT IS SO ORDERED**

Dated: August 10, 2018.

_[signature]_

# CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the SEALED STIPULATION AND JOINT PETITION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND PROPOSED SEALED ORDER on the date indicated below:

Bret Whipple
Counsel for SCOTT ARTMAN
Justice Law Center
1100 S 10TH ST
Las Vegas NV 89104
(702) 731-0000/Phone
bretwhipple@gmail.com

DATE: July ___, 2018

_____
DANIEL J. COWHIG
Assistant United States Attorney

1